**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL S. KOWALIK<br>MARYANN KOWALIK<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:22-22117<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/26/2022 and confirmed on 12/06/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 10,438.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,433.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,027.42 | |
|     Trustee Fee | 511.48 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,538.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 8,894.10 | 0.00 | 8,894.10 |
|   Acct: 5483 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 1,880.05 | 0.00 | 0.00 | 0.00 |
|   Acct: 5483 | | | | |
| CAVALRY SPV I LLC* | 24,857.51 | 0.00 | 0.00 | 0.00 |
|   Acct: 8529 | | | | |
| | | | | 8,894.10 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL S. KOWALIK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL S. KOWALIK | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 1,027.42 | 0.00 | 0.00 |
|   Acct: | | | | |

*** N O N E ***

| 22-22117 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     BANK OF AMERICA NA** | 5,435.58 | 0.00 | 0.00 | 0.00 |
|         Acct: 0599 | | | | |
|     CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8529 | | | | |
|     JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,588.80 | 0.00 | 0.00 | 0.00 |
|         Acct: 2874 | | | | |
|     LVNV FUNDING LLC | 5,237.74 | 0.00 | 0.00 | 0.00 |
|         Acct: 8850 | | | | |
|     CLEARVIEW FCU** | 396.99 | 0.00 | 0.00 | 0.00 |
|         Acct: 0260 | | | | |
|     COLLINS ASSET GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8533 | | | | |
|     GLOBAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0770 | | | | |
|     INTERNAL REVENUE SERVICE* | 19,512.28 | 0.00 | 0.00 | 0.00 |
|         Acct: 8770 | | | | |
|     MAYO CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MIDLAND CREDIT MANAGEMENT INC | 7,185.35 | 0.00 | 0.00 | 0.00 |
|         Acct: 9263 | | | | |
|     NEXTIER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1290 | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0122 | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0122 | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0122 | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0122 | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0122 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 4248 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 2,101.29 | 0.00 | 0.00 | 0.00 |
|         Acct: 0050 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 5,672.98 | 0.00 | 0.00 | 0.00 |
|         Acct: 9082 | | | | |
|     TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 4176 | | | | |
|     TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8127 | | | | |
|     WALGREENS | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 6287 | | | | |
|     HUNTINGTON NATIONAL BANK(*) | 10,001.25 | 0.00 | 0.00 | 0.00 |
|         Acct: 7541 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9082 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     TSAROUSHIS LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 8,894.10 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 26,737.56 | |
| UNSECURED | 57.132.26 | |

Date: 11/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com